# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Larry Baxter Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00165-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Brock & Scott, PLLC | ) | |
| JP Morgan Chase & Co. | | |
| Trustee Services of Carolina, LLC | | |
| Andrea Hudson | | |
| Thomas McDonald | | |
| Clarence Chappelle | | |
| Jeremy Wilkins, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 23, 2014 Order.

June 24, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court